Fred E. **CHRISTIAN**, Appellant,

v.

**FRANK BOMMARITO OLDSMOBILE, INC., doing business as Bommarito Infinity,** Appellee.

No. 09–3772.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 22, 2010.

Filed: Nov. 26, 2010.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Fred E. Christian appeals following the district court's[1] adverse entry of judgment on a jury verdict in his employment-discrimination action. Upon careful consideration of Christian's challenges to certain

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.